UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP
IMPLANT PRODUCTS LIABILITY LITIGATION           MDL No. 2197

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–2)**

On December 3, 2010, the Panel transferred 7 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* (J.P.M.L. 2010). Since that time, 96 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A Katz.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Ohio for the reasons stated in the order of December 3, 2010, and, with the consent of that court, assigned to the Honorable David A Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 12, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP
IMPLANT PRODUCTS LIABILITY LITIGATION**   MDL No. 2197

### SCHEDULE CTO–2 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

**ALABAMA NORTHERN**

| | | | |
|---|---|---|---|
| ALN | 4 | 10–03516 | Higgins v. Depuy Orthopaedics Inc et al |
| ALN | 5 | 10–03384 | Davis v. Depuy Orthopaedics, Inc et al |
| ALN | 5 | 10–03517 | Clemons v. Depuy Orthopaedics, Inc. et al |

**ALABAMA SOUTHERN**

| | | | |
|---|---|---|---|
| ALS | 1 | 10–00707 | Conklin v. Depuy Orthopaedics, Inc. et al |

**ARIZONA**

| | | | |
|---|---|---|---|
| AZ | 2 | 10–02738 | Hundt v. DePuy Orthopaedics Incorporated et al |
| AZ | 3 | 10–08255 | Teetor et al v. DePuy Orthopaedics Incorporated et al |

**COLORADO**

| | | | |
|---|---|---|---|
| CO | 1 | 10–03054 | Contino et al v. DePuy Orthopaedics, Inc. et al |

**FLORIDA MIDDLE**

| | | | |
|---|---|---|---|
| FLM | 8 | 10–02660 | Jones et al v. Depuy Orthopaedics, Inc. |
| FLM | 8 | 10–02790 | Brown et al v. DePuy Orthopaedics, Inc. et al |

**FLORIDA SOUTHERN**

| | | | |
|---|---|---|---|
| FLS | 1 | 10–24541 | Thyberg–Davis et al v. DePuy Orthopaedics, Inc. |

**GEORGIA SOUTHERN**

| | | | |
|---|---|---|---|
| GAS | 4 | 10–00276 | Berger v. DePuy Orthopaedics, Inc. et al |

**ILLINOIS CENTRAL**

| | | | |
|---|---|---|---|
| ~~ILC~~ | ~~2~~ | ~~10–02244~~ | ~~Aldridge et al v. Johnson & Johnson et al~~ Opposed 1/10/11 |

**KANSAS**

| | | | |
|---|---|---|---|
| KS | 2 | 10–02656 | Ostrander v. Depuy Orthopaedics, Inc. et al |

KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| KYW | 4 | 10–00156 | Boggess et al v. DePuy Orthopaedics, Inc. et al |
| KYW | 5 | 10–00197 | Carson et al v. DePuy Orthopaedics, Inc. et al |

LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 10–04460 | Zeller et al v. DePuy Orthopaedics, Inc. et al |
| LAE | 2 | 10–04467 | Duncan et al v. DePuy Orthopaedics, Inc. et al |
| LAE | 2 | 10–04469 | Trumbatori v. DePuy Orthopaedics, Inc. et al |
| LAE | 2 | 10–04471 | Fisher v. DePuy Orthopaedics, Inc. et al |
| LAE | 2 | 10–04596 | guerin et al v. DePuy Orthopaedics, Inc. et al |
| LAE | 2 | 10–04616 | Delatte et al v. Johnson &Johnson Services, Inc. et al |
| ~~LAE~~ | ~~2~~ | ~~10–04637~~ | ~~Butler v. DePuy Orthopaedics, Inc. et al~~ Opposed 1/10/11 |
| ~~LAE~~ | ~~2~~ | ~~10–04658~~ | ~~Laman v. DePuy Orthopaedics, Inc. et al~~ Opposed 1/10/11 |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 10–04749 | Skog v. DePuy Orthopaedics, Inc. et al |
| MN | 0 | 10–04858 | Thomas v. DePuy Orthopaedics, Inc. et al |
| MN | 0 | 10–04957 | Bartos et al v. DePuy Orthopaedics, Inc. et al |

MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 1 | 10–00580 | Waite v. Depuy Orthopaedics, Inc. et al |
| MSS | 3 | 10–00851 | Aldy v. Depuy Orthopaedics, Inc. et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 2 | 10–04259 | Koch et al v. DePuy Orthopaedics Inc |
| MOW | 4 | 10–01278 | Tran v. DePuy Orthopaedics Inc et al |

NEVADA

| | | | |
|---|---|---|---|
| NV | 2 | 10–02127 | Mark Goecke v. Depuy Orthopaedics, Inc. |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 3 | 10–05871 | HUINKER v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 3 | 10–06232 | TUCKER v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 3 | 10–06536 | NICHOLS v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 3 | 10–06548 | LOWN v. DEPUY ORTHOPAEDICS, INC. et al |

NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 10–00938 | ELLIS v. DEPUY ORTHOPAEDICS, INC., et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 2 | 10–01064 | Bless v. Depuy Orthopaedics, Inc. et al |
| OHS | 2 | 10–01106 | Sanecki v. Depuy Orthopaedics, Inc. et al |

**PENNSYLVANIA EASTERN**

| | | | |
|---|---|---|---|
| PAE | 2 | 10–07374 | PASKMAN v. DEPUY ORTHOPEDICS, INC. et al |
| PAE | 2 | 10–07375 | ARGOT et al v. DEPUY ORTHOPEDICS, INC. et al |
| PAE | 2 | 10–07376 | RIDER et al v. DEPUY ORTHOPEDICS, INC. et al |

**PUERTO RICO**

| | | | |
|---|---|---|---|
| PR | 3 | 10–02193 | Ortiz v. Depuy Orthopaedics, Inc. et al |

**TENNESSEE MIDDLE**

| | | | |
|---|---|---|---|
| TNM | 2 | 10–00121 | Baker et al v. DePuy Orthopaedics, Inc. et al |
| TNM | 2 | 10–00125 | Shepherd v. DePuy Orthopaedics, Inc. |

**TEXAS SOUTHERN**

| | | | |
|---|---|---|---|
| TXS | 4 | 10–04853 | Oberrender v. DePuy Orthopaedics, Inc. |
| TXS | 4 | 10–04902 | Edmonds et al v. DePuy Orthopaedics, Inc. |
| TXS | 4 | 10–05156 | Twining v. DEPUY ORTHOPAEDICS, INC. an Indiana Corp. et al |

**VIRGINIA EASTERN**

| | | | |
|---|---|---|---|
| VAE | 2 | 10–00629 | Taflambas v. DePuy Orthopaedics, Inc. et al |

**WYOMING**

| | | | |
|---|---|---|---|
| WY | 2 | 10–00269 | Gilbert et al v. Depuy Inc et al |
| WY | 2 | 10–00277 | Schilling et al v. DePuy Orthopaedics Inc et al |